An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

CHRIS SULLIVAN, AN INDIVIDUAL; AND CHRIS SULLIVAN REALTY, A NEVADA LIMITED LIABILITY COMPANY,
Appellants,
vs.
BRIAN SANTOR, A CALIFORNIA RESIDENT; ROSEMARY PAPP SANTOR, A CALIFORNIA RESIDENT; CALLBOOM, A BUSINESS DULY INCORPORATED IN CALIFORNIA; AND VOICE4BIZ, A BUSINESS DULY LICENSED IN CALIFORNIA,
Respondents.

No. 62537

**FILED**

SEP 1 2 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a district court order in a contract and torts action. Eighth Judicial District Court, Clark County; Ronald J. Israel, Judge.

On June 21, 2013, when our preliminary review of the docketing statement and the NRAP 3(g) documents revealed a potential jurisdictional defect, we ordered appellants to, within 30 days, show cause why this appeal should not be dismissed for lack of jurisdiction. Specifically, it appeared that the claims against defendants Jeff and Jane Doe Frimmersdorf were subject to the automatic bankruptcy stay below and, thus, remained pending such that the district court had not entered a final, written judgment adjudicating all the rights and liabilities of all the parties. NRAP 3A(b)(1); *Lee v. GNLV Corp.*, 116 Nev. 424, 996 P.2d 416 (2000). Further, the district court did not certify its order as final pursuant to NRCP 54(b). Our June 21 order cautioned appellants that

13-26964

failure to demonstrate jurisdiction could result in the dismissal of this appeal.

To date, appellants have failed to respond to our show cause order. Accordingly, as jurisdiction has not been demonstrated, we

ORDER this appeal DISMISSED.

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

cc:    Hon. Ronald J. Israel, District Judge
       Israel Kunin, Settlement Judge
       Chris Sullivan Law Firm
       Christopherson Law Offices
       Robinson & Wood
       Eighth District Court Clerk